1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ACADIA L. SENESE (CABN 251287)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone: (415) 436-6809
7      Fax: (415) 436-7234
       Email: Acadia.Senese@usdoj.gov
8
   Attorneys for Plaintiff
9

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN FRANCISCO DIVISION
13

14  UNITED STATES OF AMERICA,        )   No. CR 09-1126 JL
                                     )
15            Plaintiff,             )
                                     )
16       v.                          )   STIPULATION AND [PROPOSED]
                                     )   ORDER TO CONTINUE THE STATUS
17  RONALD GROENENDAAL,              )   APPEARANCE
                                     )
18            Defendant.             )
   _____)
19

20       The above matter is currently set for a status conference on January 14, 2010 at 11:00

21  a.m. before your Honor.  The parties stipulate that the status conference be continued to February

22  4, 2010 at 11:00 a.m. in order to allow the parties sufficient time to complete discovery and

23  conduct a meaningful pretrial conference.

24       IT IS SO STIPULATED.

25  //

26  //

27

28

   PROPOSED ORDER TO CONTINUE STATUS CONFERENCE
   CR 09-1126

|  |  |
|---|---|
| 1/13/2010 | /S/ |
| DATED | PAM HERZIG |
|  | Counsel for the defendant |

|  |  |
|---|---|
| 1/13/2010 | /S/ |
| DATED | ACADIA SENESE |
|  | Special Assistant United States Attorney |

### [PROPOSED] ORDER

Based on the stipulation of the parties, the next appearance in the above-captioned matter is continued to February 4, 2010 at 11:00 a.m..

IT IS SO ORDERED.

|  |  |
|---|---|
| 1-14-10 | |
| DATED | JAMES LARSON |
|  | UNITED STATES MAGISTRATE JUDGE |

PROPOSED ORDER TO CONTINUE STATUS CONFERENCE
CR 09-1126

-2-