1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  ACADIA L. SENESE (CABN 251287)
   Special Assistant United States Attorney
5
        450 Golden Gate Avenue, 11th Floor
6       San Francisco, California 94102
        Telephone: (415) 436-6809
7       Fax: (415) 436-7234
        Email: Acadia.Senese@usdoj.gov
8
   Attorneys for Plaintiff
9

10                  UNITED STATES DISTRICT COURT
11                 NORTHERN DISTRICT OF CALIFORNIA
12                      SAN FRANCISCO DIVISION
13

14 | UNITED STATES OF AMERICA,            )   No. CR 09-1126 JL
                                          )
15 |        Plaintiff,                    )   STIPULATION AND [P~~ROPOSE~~D]
                                          )   ORDER TO CONTINUE THE STATUS
16 |    v.                                )   APPEARANCE
                                          )
17 | RONALD GROENENDAAL,                  )
                                          )
18 |        Defendant.                    )
                                          )
19

20
        The above matter is currently set for a status conference on April 1, 2010 at 11:00 a.m.
21
   before your Honor. The parties stipulate that the status conference be continued to May 6, 2010
22
   at 11:00 a.m. in order to allow the parties sufficient time to complete discovery and conduct a
23
   meaningful pretrial conference.
24

25
        IT IS SO STIPULATED.
26
   //
27
   //
28

PROPOSED ORDER TO CONTINUE STATUS CONFERENCE
CR 09-1126

1  DATED:    3/31/2010

2

3                              _____/S/_____
                                PAM HERZIG
4                               Counsel for the Defendant

5

6                              _____/S/_____
                                ACADIA SENESE
7                               Special Assistant United States Attorney

8

9

10                              **[PROPOSED] ORDER**

11   Based on the stipulation of the parties, the next appearance in the above-captioned matter
     is continued to May 6, 2010 at 11:00 a.m..
12

13   IT IS SO ORDERED.

14   DATED:    4-1-10

15                              _____
16                              JAMES LARSON
                                United States Magistrate Judge
17

PROPOSED ORDER TO CONTINUE STATUS CONFERENCE
CR 09-1126